NOV 1 5 2012

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARMEN TEPPER (1),<br><br>　　　　　Defendant. | CASE NO. 11CR2152-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18 USC §371 Conspiracy to defraud the United States and to make false statements under penalty of perjury in documents required by Immigration Law; 18 USC §1546 Making false statement under penalty of perjury in document required by Immigration Law; 18 USC §982 Criminal Forfeiture.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 9, 2012

　　　　　　　　　　　　　　　　　Janis L. Sammartino
　　　　　　　　　　　　　　　　　U.S. District Judge